**Harold TERREL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51637.**

Missouri Court of Appeals,
Western District.

June 25, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaeffer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and
HANNA and SPINDEN, JJ.

***ORDER***

PER CURIAM.

Movant sought Rule 24.035 relief contending his pleas of guilty were not voluntary, since success at trial was limited by an ad-

verse ruling on a motion in limine. Affirmed. Rule 84.16(b).